AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| Peggy Buck | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:18-cv-00290-JHM-DW |
| Atlas Cars, Inc. et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Peggy Buck recover from the defendant *(name)* Atlas Cars, Inc. the amount of Twenty-Five Thousand dollars ($ 25,000.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 12.00 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Joseph H. McKinley, Jr. on a motion for Default Judgment .

Date: Jan 28, 2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*
Erica A. Skinner